No. 01–326. HYLAND v. STEVENS, ASSOCIATE JUSTICE, SU-
PREME COURT OF THE UNITED STATES, ET AL. C. A. D. C. Cir.
Certiorari denied.

No. 01–327. DHINSA v. UNITED STATES. C. A. 2d Cir. Cer-
tiorari denied.

No. 01–343. MCCAIN v. UNITED STATES. C. A. 3d Cir. Cer-
tiorari denied.

No. 01–5001. THOMASSON v. UNITED STATES. Ct. App. D. C.
Certiorari denied.

No. 01–5002. WRIGHT v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 01–5003. TOLBERT v. UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 01–5004. MARTINEZ v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 01–5006. MARTINEZ-SILVA, AKA MARTINEZ v. UNITED
STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5007. FRANCISCO LIZARDO v. UNITED STATES. C. A.
3d Cir. Certiorari denied.

No. 01–5008. JORDAN v. UNITED STATES. C. A. 8th Cir. Cer-
tiorari denied.

No. 01–5010. CEJA-CAMPOS v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 01–5011. MURRAY v. SMALL, WARDEN. C. A. 9th Cir.
Certiorari denied.

No. 01–5013. MENDOZA v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 01–5014. PENA-PEREZ, AKA ARAMBULA-HERNANDEZ v.
UNITED STATES; MOLINA-FLORES v. UNITED STATES; and
MORANCHEL-MAGANA v. UNITED STATES. C. A. 5th Cir. Cer-
tiorari denied. Reported below: 253 F. 3d 703 (first and second
judgments) and 704 (third judgment).